# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2019 OCT 18 P 3: 22

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Marcus Pearson

v.

Case Number:

(Full name of defendant(s))

Milwaukee College Prep

Robert Rauh

Kanika Burks

19-C-1536

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2195 W State Street Apt 322__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Milwaukee College prep, Robert Rauh, K. Burks__
   (Name)

is (if a person or private corporation) a citizen of __Wisconsin__

and (if a person) resides at __1350 w north Ave__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee College Prep__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On September 16, 2019 in Milwaukee, WI My Civil & Parental Rights were violated by Ms Burks and Milwaukee College Prep. They were again violated On September 24, 2019, also in Milwaukee, WI by Milwaukee College Prep, Robert Rauh & Kanika Burks. I was denied Access to My daughters Class Room which was deliberately & maliciously Carried out By Both defendants including Milwaukee College Prep. On Both Occasions I notified the Parties that they were

Break federal law and also violating my Rights, to which neither of the Parties Cared and verbally Expressed that to me. My rights were violated under the 42 U.S. Code § 1983 and The Every Student Succeeds Act (ESSA).

I was humiliated, Embarrassed, I lost my Job because of this, I've been depressed since all of this Took Place, I was Treated like a Criminal, They held my Child hostage basically when I was there and this whole thing has Just Changed me. I've Tried to Settle with the defendants Before filing this Suit, But they rejected my Terms in my demand letter. I am Seeking damages in the amount of $ 50,000.⁰⁰ for Pain & Suffering, Mental Anguish and loss of Wages. I also want full Access To my daughter's Class & A Apology from The defendants

## C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the court to Award the Amount of Damages ($ 50,000⁰⁰) That I'm Suing for, I would also ASK that The court Award Punitive Damages Because This WAS A deliberate and Malicious Act Carried out By ~~the~~ People who Should Know Better, I also want full Access To my daughter's Class Room, An Apology And I would ASK The Court to order Milwaukee College Prep to hire A Paralegal to work At the School.

## E. JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___18th___ day of ___October___ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

___414 - 419 - 3513___
Plaintiff's Telephone Number

___Pearsonmarcus6@gmail.com___
Plaintiff's Email Address

___2195 W State Street, 53233 Apt 322___

___Milwaukee, Wisconsin___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.